No. 559. UNITED STATES *v.* NINETY-FIVE BARRELS, MORE OR LESS, ALLEGED APPLE CIDER VINEGAR, ETC. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Solicitor General Beck* for petitioner. *Mr. John G. White* and *Mr. Austin V. Cannon* for respondent.

No. 573. FULLERTON-KRUEGER LUMBER COMPANY *v.* NORTHERN PACIFIC RAILWAY COMPANY ET AL. October 22, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota granted. *Mr. John Junell* for petitioner. No appearance for respondents.

No. 574. A. J. OLIVER, TRUSTEE IN BANKRUPTCY, ETC. *v.* UNITED STATES ET AL. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Louis V. Crowley* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for respondents.

No. 581. C. O. LINDER *v.* UNITED STATES. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. George Turner* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. Harry S. Ridgely* for the United States.

No. 582. EPHRAIM LEDERER, COLLECTOR OF INTERNAL REVENUE, ETC. *v.* FIDELITY TRUST COMPANY. October 22, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assis-